UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MANUEL DAVID HANNS,<br><br>　　　　Defendant. | CASE NO. CR05-0411-JLR<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on August 1, 2006. The United States was represented by Assistant United States Attorney Norman Barbosa, and the defendant by Mr. Ralph Hurvitz. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Bank Fraud. On or about June 19, 2006, defendant was sentenced by the Honorable James L. Robart to a term of eighty-one (81) days in custody, followed by five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a treatment for narcotic addiction to include testing to determine if he has reverted to the use of drugs, submission to search, and participation in a community corrections center program for a period of 120 days.

In a Petition for Warrant or Summons, dated July 31, 2006, Senior U.S. Probation Officer Felix Calvillo, Jr, asserted the following violations by defendant of the conditions of his supervised release:

(1)     Failure to satisfactorily participate in a community corrections center program for 120 days, by being terminated on or about July 21, 2006, in violation of the special condition of supervision.

(2)     Using cocaine on or before July 21, 2006, in violation of the special condition of supervision and standard condition No. 7.

The defendant was advised of his rights, entered denials and this matter was set for an evidentiary hearing on August 7, 2006. Pending the evidentiary hearing, the defendant was detained. At the evidentiary hearing on August 7, 2006, the defendant was again advised of his right to a hearing on the alleged violations. He admitted violations numbers 1 and 2, acknowledging that as to violation number 1, he had been terminated from the program. He further waived any rights to an evidentiary hearing as to whether the violations occurred.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable James L. Robart on Tuesday, August 22 , 2006, at 10 a..m.

Pending a final determination by the Court, the defendant has been detained.

DATED this <u>7th</u> day of August, 2006.

<u>s/ James P. Donohue</u>
United States Magistrate Judge

cc:  District Judge:          Honorable James L. Robart
     AUSA:                    Mr. Norman Barbosa
     Defendant's attorney:    Mr. Ralph Hurvitz
     Probation officer:       Mr. Felix Calvillo, Jr.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3