UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL DAVID HANNS,<br><br>Defendant. | CASE NO. CR05-411 JLR<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted an evidentiary hearing on alleged violations of supervised release in this case on April 23, 2007. The United States was represented by Norman Barbosa. The defendant was represented by Ralph Hurvitz.

## CONVICTION AND SENTENCE

Defendant had been convicted of Bank Fraud on or about June 19, 2006. The Hon. James L. Robart of this court sentenced Defendant to 81 days of confinement, followed by five years of supervised release. On August 22, 2006 Defendant's original sentence was revoked for violations of supervised release, and a new sentence of 30 days confinement was issued with credit for time served. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

## DEFENDANT'S ADMISSION

U.S. Probation officer Felix Calvillo alleged that Defendant violated the conditions of supervised release in the following respects:

(1) Failing to satisfactorily participate in community corrections center program for 120 days, absconding on or about November 16, 2006, in violation of the special condition of supervision.

(2) Using cocaine on or before October 22, 2006, in violation of special condition of supervision and standard condition #7.

At today's hearing, I advised the defendant of these charges and of his constitutional rights. Defendant admitted the violation, waived any hearing as to whether they occurred, and consented to having the matter set for a disposition hearing.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the Court find that Defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing.

Defendant shall remain in custody pending a final determination by the Court.

DATED this 23rd day of April, 2007.

MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge        : Hon. James L. Robart
    Assistant U.S. Attorney : Norman Barbosa
    Defense Attorney        : Ralph Hurvitz
    U. S. Probation Officer : Felix Calvillo

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-